| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | McGREGOR W. SCOTT<br>United States Attorney<br>KATHERINE E. SCHUH<br>Assistant United States Attorney<br>2500 Tulare Street, Suite 4401<br>Fresno, CA 93721<br>Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 6<br>7 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REYNALDO VILLALOBOS,<br><br>Defendant. | CASE NO. 1:19-MJ-00145<br><br>STIPULATION TO CONTINUE PRELIMINARY HEARING; ORDER THEREON |

**STIPULATION**

Plaintiff United States of America, by and through its counsel Katherine E. Schuh, and defendant, by and through defendant's counsel Peggy Sasso, hereby stipulate to continue the preliminary hearing previously set in this matter for Wednesday, August 14, 2019. By this stipulation, the parties now move to continue the preliminary hearing to Thursday, August 22, 2019.

///
///
///
///
///
///
///

1

IT IS SO STIPULATED.

Dated: August 8, 2019  McGREGOR W. SCOTT
United States Attorney

/s/ KATHERINE E. SCHUH
KATHERINE E. SCHUH
Assistant United States Attorney

Dated: August 8, 2019  /s/ PEGGY SASSO
PEGGY SASSO
Counsel for Defendant
REYNALDO VILLALOBOS

**ORDER**

Pursuant to the parties' stipulation, the Preliminary Examination Hearing currently set for August 14, 2019, is continued to Thursday, August 22, 2019, at 2:00 pm before Magistrate Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated: **August 9, 2019**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE